```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

         SEP -5 2014

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:14-cr-249-APG-CWH |
| vs. | ) **ORDER MODIFYING BOND** |
| DARREN WAI KIT PHUA, | ) |
| Defendant. | ) |

The Court conducted a hearing on September 5, 2014, regarding the stipulation to modify conditions of pretrial release (docket entry 172). The Court having canvassed proposed substitute third party custodian Lance Gettler and having been satisfied of the suitability of Mr. Gettler to act as the third party custodian;

IT IS ORDERED that defendant's appearance bond (docket entry #77), is modified as follows: Dr. Craig Hartman is discharged as third party custodian and Lance Gettler is appointed and substituted as third party custodian for the defendant, the defendant shall maintain residence with Lance Gettler, and condition 41 of the bond requiring the defendant refrain from any use of alcohol is **stricken**;

IT IS FURTHER ORDERED that all other conditions of the Appearance Bond (docket entry #77) previously imposed remain in full effect.

DATED this 5th day of September, 2014.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

**SUPERVISION**
( ) (6) The defendant is placed in the custody of:
Person or organization    LANCE GETTZER
~~Address (only if above is an organization)~~
City and state    LAS VEGAS NEVADA    ~~Tel. No.~~
*(only if above is an organization)*
who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _[signature]_     9/5/14
            Custodian or Proxy        Date

( ) (7) The defendant shall report to:    ( ) **U.S. Pretrial Services Office**  ( ) Las Vegas 702-464-5630  ( ) Reno 775-686-5964
no later than: _____    ( ) **U.S. Probation Office**    ( ) Las Vegas 702-527-7300  ( ) Reno 775-686-5980
( ) (8) The defendant is released on the conditions previously imposed.

**BOND**
( ) (9) The defendant shall execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
( ) (10) The defendant shall post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum: _____
( ) (11) The defendant shall execute a bail bond with solvent sureties in the amount of $ _____.

**PENDING MATTERS**
( ) (12) The defendant shall satisfy all outstanding warrants within _____ days and provide verification to Pretrial Services or the supervising officer.
( ) (13) The defendant shall pay all outstanding fines within _____ days and provide verification to Pretrial Services or the supervising officer.
( ) (14) The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised release.

**IDENTIFICATION**
( ) (15) The defendant shall use his/her true name only and shall not use any false identifiers.
( ) (16) The defendant shall not possess or use false or fraudulent access devices.

**TRAVEL**
( ) (17) The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
( ) (18) The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
( ) (19) The defendant shall not obtain a passport or passport card.
( ) (20) The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
Travel is restricted to the following areas:
( ) Clark County, NV  ( ) Washoe County, NV  ( ) State of NV  ( ) Continental U.S.A.  ( ) Other
( ) (21) The defendant may travel to _____ for the purpose of _____.

**RESIDENCE**
( ) (22) The defendant shall maintain residence at ( ) current or ( ) at:

and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
( ) (23) The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.
( ) (24) The defendant shall pay all or part of the costs for residing at the halfway house or community corrections center based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
( ) (25) The defendant shall return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

**EMPLOYMENT**
( ) (26) The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
( ) (27) The defendant shall not be employed in, or be present in, any setting directly involving minor children.
( ) (28) The defendant shall not secure employment in the following field(s): _____
( ) (29) The defendant is prohibited from employment/self-employment in a setting where he/she has access to financial transactions or the personal identifiers of others.